IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| COACH, INC., et al. | ) |
|       Plaintiffs, | ) ) ) |
| vs. | ) ) Cause No.: 2:10-CV-00050 JCH |
| DIDI'S AND GIGI'S PURSE STRINGS 'N THINGS, et al., | ) ) ) ) JURY TRIAL DEMANDED |
|       Defendants. | ) |

## AGREED JUDGMENT AND PERMANENT INJUNCTION ORDER

Upon consideration and agreement of Plaintiffs Coach, Inc. and Coach Services, Inc. (hereinafter collectively referred to as "Plaintiffs") and Defendant Didi's and Gigi's Purse Strings 'N Things ("Didi's"), that the entry of an agreed judgment and permanent injunction is warranted in this matter against Defendant Didi's, it is hereby **ORDERED AND ADJUDGED**:

A Permanent Injunction is entered against Didi's pursuant to Fed. R. Civ. P. 65, forever enjoining this Defendant, through its officers, agents, servants, employees, and attorneys and upon those persons in active concert or participation with them:

    a.    From manufacturing, procuring, distribution, shipping, retailing, selling, advertising or trafficking, in any merchandise, including apparel, sunglasses, bags, jewelry and/or related merchandise, not authorized by the Plaintiffs, bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Plaintiffs' Trademarks, or bearing a design or image which is of a substantially similar appearance to the Plaintiffs listed in the Complaint;

b.  From passing off, inducing or enabling others to sell or pass off, as authentic products produced by the Plaintiffs or otherwise authorized by the Plaintiffs, any product not manufactured by the Plaintiffs or produced under the control or supervision of the Plaintiffs and approved by the Plaintiffs, which utilize any of the Plaintiffs' Trademarks listed in the Complaint;

c.  From committing any act calculated to cause purchasers to believe that products sold by Didi's, its officers, agents, servants, employees, and attorneys and upon those persons in active concert or participation with them are sold under the control and supervision of the Plaintiffs, or are sponsored, approved or guaranteed by the Plaintiffs, or are connected with and produced under the control or supervision of the Plaintiffs;

d.  From further diluting and infringing Plaintiffs' Trademarks and damaging their goodwill;

e.  From engaging in any other activity constituting unfair competition with Plaintiffs or that will cause the distinctiveness of Plaintiffs' Trademarks to be diluted; and

f.  From causing, aiding, and/or abetting any other person from doing any act proscribed under a through e above.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court finds that the Defendant Didi's has used counterfeit marks as defined in Section 1116(d)(1)(B) of Title 15.

**IT IS FURTHER ORDERED AND ADJUDGED** that Judgment be entered against Didi's, and in favor of the Plaintiffs noted more specifically below:

**Statutory damages against Defendant Didi's**

> To Plaintiffs Coach, Inc. and Coach Services, Inc. for Defendant Didi's using a counterfeit mark in connection with the sale, offering for sale, or distribution of at least one (1) type of goods (handbags) and using spurious designations that are identical to, or substantially indistinguishable from, at least three (3) Coach

Trademarks on handbags, pursuant to 15 U.S.C. § 1117(c)(1) and (2): $100,000 per counterfeit mark per type of good.

Total statutory damages entered against Defendant Didi's         **$300,000**

Total Judgment awarded against Defendant Didi's                  **$300,000**

It is further **ORDERED AND ADJUDGED**

That this Permanent Injunction and Final Order shall operate as a final judgment as to the Defendant listed above.

IT IS SO ORDERED

This 1st day of November, 2011.

_____
The Honorable Jean C. Hamilton


Respectfully submitted this 31st day of October, 2011.


BRYAN CAVE LLP                          BROWN & JAMES, P.C.


/s/ Jason. A. Kempf                     s/ Megan D. Meadows
Jason A. Kempf, #59897-MO               Timothy J. Wolf, #53099-MO
*Attorney for Plaintiffs*               Megan D. Meadows, #60669-MO
211 N. Broadway, Suite 3600             *Attorneys for Defendant*
St. Louis, Missouri 63102               1010 Market Street, 20th Floor
(314) 259-2000                          St. Louis, Missouri 63101
(314) 259-2020 - Facsimile              (314) 421-3400
jason.kempf@bryancave.com               (314) 421-3128 – Facsimile
                                        twolf@bjpc.com
                                        mmeadows@bjpc.com